**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
225 BROADWAY, SUITE 1900
SAN DIEGO, CALIFORNIA 92101-5028
TELEPHONE: 619-525-2589
FACSIMILE 619-231-1234

Matthew C. Elstein (State Bar No. 174400)
m.elstein@mpglaw.com

Attorneys for Defendant and Counterclaimant
ONEBEACON INSURANCE COMPANY

Scott A. Berman (State Bar No. 191460)
*sberman@pierceshearer.com*
**PIERCE & SHEARER LLP**
2200 Geng Road, Suite 230
Palo Alto, CA 94303
Phone: (650) 843-1900
Fax: (650) 843-1999

Attorneys for Plaintiffs and Counterdefendants
RLN BUILDERS LLC and NICK DELEO

FILED
CLERK, U.S. DISTRICT COURT
JUN 23, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RLN BUILDERS LLC, a California Limited Company, and NICK DELEO, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>ONEBEACON INSURANCE COMPANY and DOES 1 to 50,<br><br>    Defendants.<br><br>ONE BEACON INSURANCE COMPANY, a Pennsylvania Corporation,<br><br>    Counterclaimant,<br><br>vs.<br><br>RLN BUILDERS LLC, a California Limited Company, and NICK DELEO, an individual,<br><br>    Counterdefendants. | CASE No. 2:13-CV-8030-SVW (SHx)<br>ORDER ON<br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION, INCLUDING COMPLAINT AND COUNTERCLAIM, WITH PREJUDICE**<br><br>IT IS SO ORDERED:<br><br>*[signature]*<br><br>STEPHEN V. WILSON<br>U.S. DISTRICT JUDGE<br>Dated: 06/23/2014 |

900348.1

Pursuant to Fed.R.Civ.P. Rules 41(a)(1)(A)(ii) and 41(c), Plaintiffs and Counterdefendants RLN Builders LLC and Nick Deleo, on the one hand, and Defendant and Counterclaimant OneBeacon Insurance Company, by and through their counsel of record, hereby STIPULATE as follows:

1. The entire action filed by Plaintiff, and all causes of action and claims for relief asserted therein, shall be DISMISSED WITH PREJUDICE.

2. The Counterclaim of OneBeacon Insurance Company, and all causes of action and claims for relief therein, shall be DISMISSED WITH PREJUDICE.

3. The parties shall each bear their own attorneys' fees and costs.

Pursuant to Fed.R.Civ.P. Rules 41(a)(1)(A) and 41(c), this dismissal may be entered without Court order.

DATED: June 19, 2014          MUSICK, PEELER & GARRETT LLP

                              By: */s/ Matthew C. Elstein*
                                  Matthew C. Elstein
                                  Attorneys for Defendant and
                                  Counterclaimant, ONEBEACON
                                  INSURANCE COMPANY

DATED: June 19, 2014          PIERCE AND SHEARER LLP

                              By: */s/ Scott A. Berman*
                                  Scott A. Berman
                                  Attorneys for Plaintiffs and
                                  Counterdefendants, RLN BUILDERS LLC
                                  and NICK DELEO

I attest that my firm has obtained the concurrence of counsel for Plaintiffs and Counterdefendants, Scott A. Berman, in the filing of this document.

DATED: June 19, 2014          By: */s/ Matthew C. Elstein*

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

900348.1

2